~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~ ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

REO BOREN,

      Plaintiff,

V.

BOCCA, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-CV-00174-LRH-VPC**

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** Defendant's Motion for Summary (#69) is GRANTED as to Counts I and II with prejudice and Count III without prejudice. Plaintiff's Petition for Writ of Mandamus (#109) is dismissed without prejudice.

  February 17, 2010                               **LANCE S. WILSON**
                                                                          Clerk

                                                                      /s/ D. R. Morgan
                                                                     Deputy Clerk