UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| REO BOREN, | ) |
|                     Plaintiff, | ) 3:08-cv-00174-LRH-VPC |
| vs. | ) MINUTE ORDER |
| BOCCA, | ) March 8, 2009 |
|                     Defendant. | ) |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

      Before the court is plaintiff's February 28, 2010, letter (#114[1]). To the extent plaintiff's letter might be construed as a motion for reconsideration, the court has reviewed and considered it and it is DENIED.

      IT IS SO ORDERED.

                                    LANCE S. WILSON, CLERK

                                    By:          /s/
                                            Deputy Clerk

---

[1] Refers to court's docket number.