UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| REO BOREN, | ) | 3:08-CV-0174-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 19, 2010 |
| | ) | |
| BOCCA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On February 11, 2010, the District Court adopted and accepted the report and recommendation of the Magistrate Judge granting summary judgment to the defendants (#111). Judgment was entered accordingly (#113) and this case was closed.

Plaintiff has filed a letter asking for copies of unspecified documents from the court's file free of charge (#116). Plaintiff's request (#116) is **DENIED**. It is not the court's obligation to provide litigants, even indigent ones, with copy services. Plaintiff may submit a copy request form to the clerk of the court stating the specific documents he would like copied together with the appropriate fee. The clerk shall **SEND** a copy request form to plaintiff for his use.

   **IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                                  By:         /s/
                                            Deputy Clerk