UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

REO BOREN,  )
                     Plaintiff,  )   3:08-cv-00174-LRH-VPC
   v.  )
                           )   O R D E R
BOCCA, et al.,  )
                 Defendants.  )

      Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#131[1]) entered on December 8, 2010, recommending that Plaintiff's Motion for an Injunctive Order to Preserve Evidence/TRO (#124) be DENIED, that Plaintiff's Motion for Judicial Intervention to Order Preservation of Evidence and Reverse Dismissal (#128) be DENIED as moot in light of the Report and Recommendation (#131) and the District Court's orders denying reconsideration (#115) and denying Plaintiff's Motion to Vacate (#127), that Defendants' Motion to Strike Plaintiff's Motion for an Injunctive Order to Preserve Evidence/TRO (#126) be GRANTED, and that Defendants' Second Motion to Strike (#130) be GRANTED in light of the Report and Recommendation (#131). No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule IB 1-4 of the Rules of Practice of the United

---

[1] Refers to court's docket number.

States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#131) entered on December 8, 2010, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#131) entered on December 8, 2010, is adopted and accepted.

IT IS FURTHER ORDERED that Plaintiff's Motion for an Injunctive Order to Preserve Evidence/TRO (#124) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Judicial Intervention to Order Preservation of Evidence and Reverse Dismissal (#128) is DENIED as moot in light of the Report and Recommendation (#131) and the District Court's orders denying reconsideration (#115) and denying Plaintiff's Motion to Vacate (#127).

IT IS FURTHER ORDERED that Defendants' Motion to Strike Plaintiff's Motion for an Injunctive Order to Preserve Evidence/TRO (#126) is GRANTED.

IT IS FURTHER ORDERED that Defendants' Second Motion to Strike (#130) is GRANTED in light of the Report and Recommendation (#131).

IT IS SO ORDERED.

DATED this 6th day of April, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE